NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAN K. VODA, M.D.,**
*Plaintiff-Cross-Appellant,*

**v.**

**MEDTRONIC, INC., AND
MEDTRONIC VASCULAR, INC.,**
*Defendants-Appellants.*

---

2013-1045, -1053

---

Appeals from the United States District Court for the Western District of Oklahoma in No. 09-CV-0095, Senior Judge Leonard Tim.

---

**JUDGMENT**

---

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, of Atlanta, Georgia, argued for plaintiff-cross-appellant. With him on the brief were D. CLAY HOLLOWAY, ALYSON L. WOOTEN and RICHARD W. GOLDSTUCKER. Of counsel on the brief was JOHN A. KENNEY, McAffee & Taft, of Oklahoma City, Oklahoma.

MARK C. FLEMING, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for defend-

ants-appellants. With him on the brief were LAUREN B. FLETCHER, SARAH B. PETTY, and SHIRLEY X. LI CANTIN. Of counsel on the brief was MICHAEL SIMONS, Akin Gump Strauss Hauer & Feld, LLP, of Austin, Texas.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 18, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court